## 21808. PERSONS *v.* THE STATE.

BLOODWORTH, J. 1. The court did not err in overruling the demurrer to the 1st count of the indictment.

2. The court properly overruled the demurrer the overruling of which is complained of in the pendente lite exceptions.

3. The evidence authorized the verdict, and none of the special grounds of the motion for a new trial shows reversible error.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED NOVEMBER 11, 1931.

302

■■■■■■■■            ■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■

*W. S. Florence,* for plaintiff in error.